```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 14-00759-JJT
Diego R Pimentel                                                Chapter 13
Milady A. Pimentel
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner            Page 1 of 1              Date Rcvd: Sep 15, 2016
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4457831        +E-mail/Text: bncmail@w-legal.com Sep 15 2016 18:55:03      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Joint Debtor Milady A. Pimentel donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor Diego R Pimentel donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-00759-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Diego R Pimentel
99-09 95th Street
Apt 3-C
Ozone Park NY 11416

Milady A. Pimentel
99-09 96th St
Apt 3-C
Ozone NY 11416

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/14/2016.

Name and Address of Alleged Transferor(s):

Claim No. 5: TD BANK USA, N.A., C O WEINSTEIN,PINSON AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
MOMA Funding LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/17/16

Terrence S. Miller
**CLERK OF THE COURT**