```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                    Case No. 14-00759-RNO
Diego R Pimentel                                                          Chapter 13
Milady A. Pimentel
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: CourtneyG              Page 1 of 2               Date Rcvd: Apr 25, 2019
                              Form ID: 3180W               Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
```
db             +Diego R Pimentel,    99-09 95th Street,    Apt 3-C,    Ozone Park, NY 11416-2533
jdb             Milady A. Pimentel,    99-09 96th St,    Apt 3-C,    Ozone, NY   11416
cr             +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,     Chicago, IL 60605-5011
4449097        +Chase,   P.O. Box 24696,    Columbus, OH 43224-0696
4449100        +DSNB American Express,     P.O. Box 8218,   Mason, OH 45040-8218
4457021        +Department Stores National Bank/American Express,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
4610527        +JPMorgan Chase Bank, N.A.,     3415 Vision Drive,    OH4-7142,   Columbus, OH 43219-6009
4760154        +NRZ Pass-Through Trust V,     Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231
4760155        +NRZ Pass-Through Trust V,     Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642,    NRZ Pass-Through Trust V,    Fay Servicing, LLC 60642-1231
4449109        +People's Alliance,    125 Wireless Blvd,    Hauppauge, NY 11788-3961
4521791        +People's Alliance Federal Credit Union,     125 Wireless Boulevard,    Hauppauge, N.Y. 11788-3961
4449110         Pocono Emergency Physicians,     PO Box 8510,   Philadelphia, PA 19101-8510
4449114         Universal CD CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4449115         Williamsburg Plantation,     P.,O. Box 350547,   Fort Lauderdale, FL 33335-0547
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4485493        +E-mail/Text: bncmail@w-legal.com Apr 25 2019 19:07:23      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
4449096         EDI: CINGMIDLAND.COM Apr 25 2019 23:13:00      AT & T,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
4470667        +EDI: CINGMIDLAND.COM Apr 25 2019 23:13:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
4504366         EDI: BL-BECKET.COM Apr 25 2019 23:13:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4449098        +EDI: SEARS.COM Apr 25 2019 23:13:00      Citibank/Sears,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
4449099         EDI: DISCOVER.COM Apr 25 2019 23:13:00      Discover Financial Svc LLC,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
4456345        +EDI: TSYS2.COM Apr 25 2019 23:13:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
4452847         EDI: DISCOVER.COM Apr 25 2019 23:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH   43054-3025
4449101        +EDI: RMSC.COM Apr 25 2019 23:13:00      GE Capital/Walmart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
4449102        +EDI: RMSC.COM Apr 25 2019 23:13:00      GECRB/Lowes,    P.O. Box 965005,   Orlando, FL 32896-5005
4449103         EDI: RMSC.COM Apr 25 2019 23:13:00      GECRB/Old Navy,    P.O.Box 965005,
                 Orlando, FL 32896-5005
4449104         EDI: RMSC.COM Apr 25 2019 23:13:00      JC Penney,    P.O. Box 960090,    Orlando, FL 32896-0090
4449105        +EDI: CBSKOHLS.COM Apr 25 2019 23:13:00      Kohl's/Capone,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
4449105        +E-mail/Text: bncnotices@becket-lee.com Apr 25 2019 19:07:17      Kohl's/Capone,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
4449107        +EDI: TSYS2.COM Apr 25 2019 23:13:00      Macy's,    P.O. Box 8218,   Mason, OH 45040-8218
4449108        +E-mail/Text: bankruptcydepartment@tsico.com Apr 25 2019 19:07:28      NCO Financial Services/99,
                 P.O. Box 15636,    Wilmington, DE 19850-5636
4493183         EDI: PRA.COM Apr 25 2019 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4833022        +EDI: Q3G.COM Apr 25 2019 23:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
4473670         EDI: Q3G.COM Apr 25 2019 23:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
4449111         EDI: WFFC.COM Apr 25 2019 23:13:00      Raymour & Flanigan,    PO Box 660431,
                 Dallas, TX 75266-0431
4457831        +E-mail/Text: bncmail@w-legal.com Apr 25 2019 19:07:23      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
4449112        +EDI: WTRRNBANK.COM Apr 25 2019 23:13:00      TD Bank USA/Target Credit,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
4449106         EDI: TFSR.COM Apr 25 2019 23:13:00      Lexus Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
4449113         EDI: CITICORP.COM Apr 25 2019 23:13:00      The Home Depot/CBNA,    P.O.Box 6497,
                 Sioux Falls, SD 57117-6497
4477290         EDI: WFFC.COM Apr 25 2019 23:13:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA    50306-0438
                                                                                              TOTAL: 25
```

```
District/off: 0314-5          User: CourtneyG         Page 2 of 2              Date Rcvd: Apr 25, 2019
                              Form ID: 3180W          Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            NRZ Pass-Through Trust V, U.S. Bank National Assoc
cr*           Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
4833021*      Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Assoc., as Trustee for NRZ, et al
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Milady A. Pimentel donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Diego R Pimentel donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diego R Pimentel** | Social Security number or ITIN **xxx–xx–2443** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Milady A. Pimentel** | Social Security number or ITIN **xxx–xx–3655** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:14–bk–00759–RNO** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Diego R Pimentel                           Milady A. Pimentel

**By the court:**

*(signed)* Robt N. Opel II

4/25/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: CourtneyGabriel, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

Case 5:14-bk-00759-RNO    Doc 44    Filed 04/27/19    Entered 04/28/19 00:39:16    Desc
Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**