```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 14-00759-RNO
Diego R Pimentel                                                    Chapter 13
Milady A. Pimentel
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: DGeorge              Page 1 of 1            Date Rcvd: Jul 16, 2019
                              Form ID: fnldec            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
```
db           +Diego R Pimentel,    99-09 95th Street,    Apt 3-C,    Ozone Park, NY 11416-2533
jdb           Milady A. Pimentel,   99-09 96th St,    Apt 3-C,    Ozone, NY  11416
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Assoc., as Trustee for NRZ, et al
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Milady A. Pimentel donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Diego R Pimentel donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Diego R Pimentel,<br>**Debtor 1**<br>Milady A. Pimentel,<br>**Debtor 2** | Chapter 13<br>Case No. 5:14−bk−00759−RNO |

Social Security No.:
    xxx−xx−2443    xxx−xx−3655

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 16, 2019

By the Court,

*/s/ Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

**fnldec** (05/18)